**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

VS.                                          NO. 4:14-CR-00140 KGB

ARMANDO PACHECO-GOMEZ

## ORDER

Pending before the Court is a motion for issuance of a summons and revocation of pretrial release (Docket entry #13). For good cause shown, the portion of the motion for issuance of a summons in GRANTED. The Clerk is directed to issue a summons to Defendant Armando Pacheco-Gomez for appearance at a hearing before United States Magistrate Judge J. Thomas Ray on September 3, 2015, at 2:00 p.m. to show cause why his pretrial release should not be revoked.

IT IS SO ORDERED this 28th day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE